# EXHIBIT A

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제41호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.    2025 - 1046

# NOTARIAL CERTIFICATE

### YUIL LAW & NOTARY OFFICE Inc.

264, Seocho-daero,
Seocho-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡



# Busan District Court

## Civil Affairs 11th Bench

### Judgment

| | |
|---|---|
| Case | 2020 Gahap 52296 Loans |
| Plaintiff | Korea Deposit Insurance Corporation, Trustee in Bankruptcy for the Bankrupt Busan 2 Savings Bank Co., Ltd. |
| | 30 Cheonggyecheon-ro, Jung-gu, Seoul (Da-dong) |
| | Place of Service: 101 Jungang-daero, 5th Floor, Jung-gu, Busan (Daechang-dong 1-ga) |
| | Representative: President Seong-baek Wi |
| | Litigation Representative: Law Firm Jinsim |
| | Attorney in Charge: Jeong-min Lee |
| Defendants | 1. CXC Financial Loan, Inc. |
| | Last Known Address: 170 Noksapyeong-daero, Yongsan-gu, Seoul (Jinsong Building, Itaewon-dong) |
| | Representative Liquidator: Henry Kim Cho, a Citizen of the United States of America |
| | 2. CXC Co., Ltd. |
| | Last Known Address: 6 Teheran-ro 4-gil, Unit 301, Gangnam-gu, Seoul (Yeoksam-dong) |
| | Representing Director: Mi-hwa Kim |
| | 3. Henry Kim Cho, a Citizen of the United States of America |
| | Last Known Address: 170 Noksapyeong-daero, 5th Floor, Yongsan-gu, Seoul (Itaewon-dong) |
| Argument Closed on | June 23, 2021 |





| Judgment Announced on | July 7, 2021 |
|---|---|

### Order

1. Defendants shall jointly and severally pay Plaintiff KRW 7,000,000,000 as well as an interest at a rate of 21% per annum from August 21, 2016 to the date of full repayment.
2. Defendants shall bear the costs of litigation.
3. Paragraph 1 above may be subject to provisional execution.

### Purpose of Claims

Same as the Order above.

### Reasons

1. Indication of Claims

   The same as in the Cause of Claims in the attachment hereto.

2. Applicable Legal Provisions

   Article 208 (3) 3, Civil Procedure Act (Judgment pursuant to Service by Public Notice).

| Presiding Judge | Judge | Ju-hyeok Lim |  |  |
|---|---|---|---|---|




| | |
|---|---|
| Judge   Byeong-ju Park | 박병주  |
| Judge   Jae-oh Ju | 주재오 |




Attachment

## Cause of Claims

1. Plaintiff's Status

On April 29, 2011, the Financial Services Commission issued a management improvement order and designated Busan 2 Savings Bank Co., Ltd. as an insolvent financial institution in accordance with Articles 2 and 10 of the Act on the Structural Improvement of the Financial Industry and Article 48 of the Regulations on the Supervision of Mutual Savings Bank Business. An asset audit conducted by the Korea Deposit Insurance Corporation (KDIC) found that the liabilities of Busan 2 Savings Bank exceeded its assets and, consequently on March 12, 2012, the Busan District Court declared the bank bankrupt, and the bankruptcy proceedings are currently ongoing. The Plaintiff has been appointed as the trustee in bankruptcy and is carrying out its duties in that capacity.

2. Plaintiff's Claim Against the Defendants

Busan 2 Savings Bank Co., Ltd. entered into a loan agreement and additional agreements with Defendant CXC Financial Loan, Inc. (formerly known as Kumho Auto Lease Co., Ltd., Global Lease & Capital Co., Ltd., and CXC Capital Co., Ltd.) and extended a general loan of KRW 10 billion (loan agreements other than the agreement for this loan will not be addressed here). The loan agreement provided that, if the Defendants failed to fulfill their obligations upon expiration of the loan period or had their obligations accelerated, the Defendants would be liable to pay default interests on the outstanding amount from that date onward (see Plaintiff's Exhibit No. 1-1, Loan Agreement; Plaintiff's Exhibit Nos. 1-2 and 1-3, Additional Agreements; Plaintiff's Exhibit No. 1-4, Loan Application; and Plaintiff's Exhibit No. 2, Notarial Deed).

Furthermore, Defendants CXC Co., Ltd. and Henry Kim Cho, who is a citizen of the United States of America, were joint guarantors for the obligations of CXC Financial Loan, Inc. under the above agreements with the Bankrupt Busan 2 Savings Bank Co., Ltd.

3. Acceleration of Obligations and the Outstanding Loan Amount

Defendant CXC Financial Loan, Inc. entered into the above loan agreement with Busan 2 Savings Bank Co., Ltd. and received a general loan of KRW 10 billion, but failed to timely repay the principal and interest, which caused its obligations to be accelerated. The outstanding principal amount that Busan 2 Savings Bank Co., Ltd did not recover was KRW 9,608,097,352, and the default interest rate applicable to the outstanding amount from December 1, 2015, is 21% per annum (see Plaintiff's Exhibit No. 2, Notarial Deed).

3. Plaintiff's Partial Claim

Accordingly, the Plaintiff seeks the payment in the amount of KRW 7,000,000,000 from Defendants, which is the part of the outstanding loan principal that Defendants have not repaid, along with a default interest at a rate of 21% per annum from August 21, 2016 to the date of full repayment.






# This is an Authentic Copy.

July 8, 2021

Busan District Court

Court Clerk: Seok Wan Hong  

In cases where there is any dissatisfaction with the judgment, it is required to file an appeal with this court (Busan District Court), which is the original court in this case, within two weeks from the date of receipt of this Authentic Copy (in the case of service by forwarding, the date of forwarding) (it shall be noted that, in case of a supplementary intervention under Article 71 of the Civil Procedure Act, such period is calculated for a person in whose favor the intervention is carried out as a subject).

※ You can verify this document's authenticity by entering the issuance number specified below through the "Issuance Number Search" service of the computer for case searching placed at the public service center in each Court or inquiring about such number to the judgment bench presiding over your case.






# Execution Clause

Case: Busan District Court 2020 Gahap 52296 [Electronic] Loans

This Authentic Copy is being provided (again) to Plaintiff Korea Deposit Insurance Corporation, Trustee in Bankruptcy of for the Bankrupt Busan 2 Savings Bank Co., Ltd. for the purpose of implementing compulsory execution against Defendant 1 CXC Financial Loan, Inc. (110111-3626970), Defendant 2 CXC Co., Ltd. (110111-4583773), and Defendant 3 Henry Kim Cho, a citizen of the United States.

August 4, 2021

Busan District Court

Assistant Officer of the Court        Mi-jin Kim 

◇ Caution ◇

1. The Execution Clause may not be used separately from the Authentic Copy of the Judgment (Decision).

2. In cases where the execution clause has been misplaced and another execution clause is requested, it can only be issued again with the order of the presiding judge (or judicial assistant official) (Article 35(1) of Civil Execution Act; Article 54(2) of Court Organization Act). Please be advised that, in such a case, you are required to state the cause of the misplacement and pay a fee.

3. In cases where the execution clause has been used, and another execution clause is required, it can only be issued again with the order of the presiding judge (or judicial assistant official) (Article 35(1) of Civil Execution Act; Article 54(2) of Court Organization Act). Please be advised that, in such a case, you are required to provide the proof for the use of the executive title and pay a fee.

4. If the resident registration numbers of the creditors and debtors (for persons without resident registration numbers, their passport or registration numbers; for corporations, non-corporation associations, or foundations, their business registration numbers, tax payment numbers, or identification numbers. Hereinafter referred to as the "resident registration numbers, etc.") are not indicated in the executive title, please write the resident registration numbers of the creditors and debtors.





# 부산지방법원

## 제11민사부

## 판 결

| | | |
|---|---|---|
| 사 건 | | 2020가합52296 대여금 |
| 원 고 | | 파산자 주식회사 부산2저축은행의 파산관재인 예금보험공사 |
| | | 서울 중구 청계천로 30(다동) |
| | | 송달장소 부산 중구 중앙대로 101, 5층(대창동1가) |
| | | 대표자 사장 위성백 |
| | | 소송대리인 법무법인 진심 |
| | | 담당변호사 이정민 |
| 피 고 | | 1. 주식회사 씨엑스씨파이낸셜대부 (CXC FINANCIAL LOAN, INC.) |
| | | 최후소재지 서울 용산구 녹사평대로 170(이태원동, 진송빌딩) |
| | | 대표청산인 미합중국인 헨리킴조 (Henry Kim Cho) |
| | | 2. 씨엑스씨 주식회사 (CXC CO., Ltd.) |
| | | 최후소재지 서울 강남구 테헤란로4길 6, 301호(역삼동) |
| | | 대표이사 김미화 |
| | | 3. 미합중국인 헨리킴조 (Henry Kim Cho) |
| | | 최후주소 서울 용산구 녹사평대로 170, 5층(이태원동) |
| 변론종결 | | 2021. 6. 23. |



 

판 결 선 고        2021. 7. 7.


주        문

1. 피고들은 연대하여 원고에게 7,000,000,000원 및 이에 대한 2016. 8. 21.부터 다 갚는 날까지 연 21%의 비율로 계산한 돈을 지급하라.

2. 소송비용은 피고들이 부담한다.

3. 제1항은 가집행할 수 있다.


청 구 취 지

주문과 같다.



이        유

1. 청구의 표시

  별지 '청구원인' 기재와 같다.

2. 적용법조

  각 민사소송법 제208조 제3항 제3호(공시송달에 의한 판결)


재판장    판사    임주혁    임 주 혁    

 

판사    박병주

판사    주재오






별지

# 청 구 원 인

1. 원고의 지위

금융위원회는 2011. 4. 29. 금융 산업의 구조개선에 관한 법률 제2조 및 제10조, 상호저축은행업 감독규정 제48조의 규정에 의거 주식회사 부산2저축은행에 대하여 부실금융기관 결정과 함께 경영개선명령을 발령하였고, 예금보험공사의 자산실사 결과 부채가 자산을 초과하여 2012. 3. 12.자로 부산지방법원으로부터 파산선고를 받고 파산절차가 진행 중에 있으며, 원고가 파산관재인으로 선임되어 파산관재업무를 수행하고 있습니다.

2. 원고의 피고에 대한 채권

주식회사 부산2저축은행은 피고 주식회사 씨엑스씨파이낸셜대부(구 상호 : 금호오토리스 주식회사, 주식회사 글로벌리스앤캐피탈, 주식회사 씨엑스씨캐피탈)와 사이에 여신거래약정 및 추가약정을 체결하고 일반자금대출 100억원을 대여하였고(이 건 이외에 대한 별도의 여신거래약정에 대하여는 언급하지 않겠습니다), 여신거래약정에 있어 여신기간 만료일에 채무를 이행하지 아니한 때 또는 기한의 이익을 상실한 때에는 그 때부터 여신 잔액에 대하여 곧 지연배상금을 지급하기로 약정하였습니다(갑 제1호증의 1 여신거래약정서, 갑 제1호증의 2, 3 추가약정서, 갑 제1호증의 4 여신신청서, 갑 제2호증 공정증서 참조).

한편, 피고 씨엑스씨 주식회사와 미합중국인 헨리킴조는 파산자 주식회사 부산2저축은행과 피고 주식회사 씨엑스씨파이낸셜대부와 사이에 위 약정에 대하여 연대보증을 한 자들입니다.

3. 기한의 이익 상실 및 대출 잔액

피고 주식회사 씨엑스씨파이낸셜대부는 주식회사 부산2저축은행과 사이에 위 여신거래약정을 체결하고 일반자금대출 100억원을 받았으나 대출원리금의 지급을 연체함으로써 기한의 이익을 상실하였고, 주식회사 부산2저축은행이 회수하지 못한 대출원금은 9,608,097,352원이고, 위 금원에 대한 2015. 12. 1.부터의 지연배상금율은 연 21%입니다(갑 제2호증 공정증서 참조)

3. 원고의 일부청구

이에, 원고는 피고들이 현재까지 변제하지 아니하고 있는 위 금원 중 대출원금의 일부인 7,000,000,000원 및 이에 대하여 2016. 8. 21.부터 다 갚는 날까지 지연손해금 연 21%의 지급을 청구합니다.




# 정본입니다.

2021. 7. 8.

부산지방법원

법원주사 홍석완 



판결에 불복이 있을 때에는 이 정본을 송달받은 날(발송송달의 경우에는 발송한 날)부터 2주 이내에 상소장을 민사소송법 등 관계 법령에 따라 원심법원인 이 법원(부산지방법원)에 제출하여야 합니다(민사소송법 제71조의 보조참가인의 경우에는 피참가인을 기준으로 상소기간을 계산함에 유의).

※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를 이용하거나, 담당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된 발급번호를 조회하시면, 문서의 위,변조 여부를 확인하실 수 있습니다.






# 집 행 문

사　　　건 : 부산지방법원　2020가합52296 [전자]대여금

이 정본은 피고1 주식회사 씨엑스씨파이낸셜대부 (CXC FINANCIAL LOAN, INC.)(110111-3626970), 피고2 씨엑스씨 주식회사 (CXC CO., Ltd.)(110111-4583773), 피고3 미합중국인 헨리킴조(Henry Kim Cho)에 대한 강제집행을 실시하기 위하여 원고 파산자 주식회사 부산2저축은행의 파산관재인 예금보험공사에게 내어 준다.

2021. 8. 4.

부산지방법원

법원주사보　　김 미 진




◇ 유 의 사 항 ◇

1. 이 집행문은 판결(결정)정본과 분리하여서는 사용할 수 없습니다.
2. 집행문을 분실하여 다시 집행문을 신청한 때에는 재판장(사법보좌관)의 명령이 있어야만 이를 내어줍니다(민사집행법 제35조 제1항, 법원조직법 제54조 제2항). 이 경우 분실사유의 소명이 필요하고 비용이 소요되니 유의하시기 바랍니다.
3. 집행문을 사용한 후 다시 집행문을 신청한 때에는 재판장(사법보좌관)의 명령이 있어야만 이를 내어줍니다(민사집행법 제35조 제1항, 법원조직법 제54조 제2항). 이 경우 집행권원에 대한 사용증명원이 필요하고 비용이 소요되니 유의하시기 바랍니다.
4. 집행권원에 채권자·채무자의 주민등록번호(주민등록번호가 없는 사람의 경우에는 여권번호 또는 등록번호, 법인 또는 법인 아닌 사단이나 재단의 경우에는 사업자등록번호·납세번호 또는 고유번호를 말함. 이하




'주민등록번호등'이라 함)가 적혀 있지 않은 경우에는 채권자·채무자의 주민등록번호등을 기재합니다.



| | |
|---|---|
| 서울시 서초구 서초대로 264 <br> (법조타워 2층) <br> [별지 제45호서식] | (전화) 02-567-4377 <br> (팩스) 02-563-8181 |

공증인가 **법무법인 유일**

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다. <br><br> 2025년 04월 25일 <br><br> 서약인  김보정  | I swear that the attached translation is true to the original. <br><br> Apr. 25, 2025 <br><br> Signature  Kim Bo Jeong |
| 등부 2025 년 제 1046호 <br><br> # 인  증 <br><br> 위 번역자 김보정 ---------- 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다. <br><br> ---------------------------- <br> ---------------------------- <br><br> 2025년 04월 25일 <br> 이 사무소에서 위 인증한다. <br><br> 공증인가 **법무법인 유일** <br><br> 서울중앙지방검찰청 <br><br> 서울시 서초구 서초대로 264 <br> (법조타워 2층) <br><br> 오태희 (인) <br><br> 공증담당변호사 <br>       오 태 희 | Registered No.  2025-1046 <br><br> # Notarial Certificate <br><br> KIM BO JEONG -------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name. <br><br> ---------------------------- <br> ---------------------------- <br><br> This is hereby attested on this 25th day of Apr. 2025 at this office. <br><br> **YUIL LAW & NOTARY OFFICE Inc.** <br><br> Seoul Central District Prosecutor's Office <br><br> 264, Seocho-daero, Seocho-gu, Seoul, Korea <br><br> Oh Taehee <br> Signature of the Notary Public <br> **Oh Tae Hee** <br><br> This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 7, Feb. 2025 Under Law No.20. |

210mm X 297mm
보존용지(1종) 70g/㎡