# EXHIBIT B

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제41호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2025 - 1047

# NOTARIAL CERTIFICATE

## YUIL LAW & NOTARY OFFICE Inc.

264, Seocho-daero,
Seocho-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡




# Certificate of Service

Case: Busan District Court 2020 Gahap 52296 [Electronic] Loans

Plaintiff: Korea Deposit Insurance Corporation, Trustee in Bankruptcy for the Bankrupt Busan 2 Savings Bank Co., Ltd.

Defendants: CXC Financial Loan, Inc. and two others

Certificate requested by Plaintiff's Litigation Representative Law Firm Jinsim, Attorney Jeong-min Lee

I hereby certify the following service of process regarding the above case.

Defendant 1 CXC Financial Loan, Inc.
Authentic Copy of Judgement served on July 9, 2021
Defendant 2 CXC Co., Ltd.
Authentic Copy of Judgement served on July 9, 2021
Defendant 3 Henry Kim Cho, a Citizen of the United States of America
Authentic Copy of Judgment served on July 9, 2021. End of Document

August 2, 2021

Busan District Court



Assistant Officer of the Court       Mi-jin Kim




Please contact us at 051-590-0045 for any questions regarding this Certificate (Document Number: Electronically Submitted Certification (Civil Affairs) 1112879).






# 송 달 증 명 원

사        건 : 부산지방법원  2020가합52296 [전자]대여금

원        고 : 파산자 주식회사 부산2저축은행의 파산관재인 예금보험공사

피        고 : 주식회사 씨엑스씨파이낸셜대부 (CXC FINANCIAL LOAN, INC.) 외 2명

증명신청인 : 원고 소송대리인 법무법인 진심,이정민

위 사건에 관하여 아래와 같이 송달되었음을 증명합니다.

피고1  주식회사  씨엑스씨파이낸셜대부  (CXC FINANCIAL LOAN, INC.)
2021. 7. 9. 판결정본 송달
피고2       씨엑스씨       주식회사       (CXC       CO.,       Ltd.)
2021. 7. 9. 판결정본 송달
피고3        미합중국인        헨리킴조(Henry       Kim       Cho)
2021. 7. 9. 판결정본 송달. 끝.

2021. 8. 2.

부산지방법원

법원주사보 김 미 진






본 증명(문서번호:전자제출제증명(민사) 1112879)에 관하여 문의할 사항이 있으시면 051-590-0045 로 문의하시기 바랍니다.





서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제45호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

| 위 번역문은 원문과 상위없음을 서약합니다. | I swear that the attached translation is true to the original. |
|---|---|
| 2025년 04월 25일 | Apr. 25, 2025 |
| 서약인  김보정  (인)  | Signature  Kim Bo Jeong |

등부 2025 년 제 1047호

# 인 증

위 번역자 김보정 ----------- 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.

--------------------------------
--------------------------------

2025년 04월 25일
　이 사무소에서 위 인증한다.

공증인가 **법무법인 유일**

서울중앙지방검찰청

서울시 서초구 서초대로 264
(법조타워 2층)

공증담당변호사
**오 태 희**

Registered No. 2025-1047

# Notarial Certificate

KIM BO JEONG -------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.

--------------------------------
--------------------------------

This is hereby attested on this
25th day of Apr. 2025 at this office.

**YUIL LAW
& NOTARY OFFICE Inc.**

Seoul Central District Prosecutor's Office

264, Seocho-daero,
Seocho-gu, Seoul, Korea

Signature of the Notary Public
**Oh Tae Hee**

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 7, Feb. 2025 Under Law No.20.

210mm X 297mm
보존용지(1종) 70g/㎡