# EXHIBIT C

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제41호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2025 - 1048

# NOTARIAL CERTIFICATE

YUIL LAW & NOTARY OFFICE Inc.

264, Seocho-daero,
Seocho-gu, Seoul, Korea



210mm X 297mm
보존용지(1종) 70g/㎡

 

## Certificate of Finalization

Case: Busan District Court 2020 Gahap 52296 [Electronic] Loans

Plaintiff: Korea Deposit Insurance Corporation, Trustee in Bankruptcy for the Bankrupt Busan 2 Savings Bank Co., Ltd.

Defendants: CXC Financial Loan, Inc. and 2 others

Certificate requested by Plaintiff's Litigation Representative Law Firm Jinsim, Attorney Jeong-min Lee

I hereby certify the following finalization regarding the above case.

Defendant 1: CXC Financial Loan, Inc.
Finalized on July 23, 2021
Defendant 2: CXC Co., Ltd.
Finalized on July 23, 2021
Defendant 3: Henry Kim Cho, a Citizen of the United States of America
Finalized on July 23, 2021. End of Certification

August 2, 2021 

Busan District Court

Assistant Officer of the Court    Mi-jin Kim 

 

Please contact us at 051-590-0045 for any questions regarding this Certificate (Document Number: Electronically Submitted Certification (Civil Affairs) 1112876).






# 확 정 증 명 원

사         건 : 부산지방법원  2020가합52296 [전자]대여금

원         고 : 파산자 주식회사 부산2저축은행의 파산관재인 예금보험공사

피         고 : 주식회사 씨엑스씨파이낸셜대부 (CXC FINANCIAL LOAN, INC.) 외 2명

증명신청인 : 원고 소송대리인 법무법인 진심,이정민

위 사건에 관하여 아래와 같이 확정되었음을 증명합니다.

피고1 주식회사 씨엑스씨파이낸셜대부 (CXC FINANCIAL LOAN, INC.) :
2021. 7. 23. 확정
피고2 씨엑스씨 주식회사 (CXC CO., Ltd.)                                      :
2021. 7. 23. 확정
피고3 미합중국인 헨리킴조(Henry Kim Cho)                                    :
2021. 7. 23. 확정. 끝.

2021. 8. 2.

부산지방법원

법원주사보  김 미 진    

2021-0197567329-0496B                     1/2                          1/2




본 증명(문서번호:전자제출제증명(민사) 1112876)에 관하여 문의할 사항이 있으시면 051-590-0045 로 문의하시기 바랍니다.





2021-0197567329-0496B                                   2 / 2

서울시 서초구 서초대로 264
(법조타워 2층)
[별지 제45호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다.<br><br>2025년 04월 25일<br><br>서약인  김보정   | I swear that the attached translation is true to the original.<br><br>Apr. 25, 2025<br><br>Signature  Kim Bo Jeong |

등부 2025 년 제 1048호

# 인 증

위 번역자 김보정 ----------- 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.

------------------------------
------------------------------

2025년 04월 25일
    이 사무소에서 위 인증한다.

공증인가 **법무법인 유일**

서울중앙지방검찰청

서울시 서초구 서초대로 264
(법조타워 2층)

공증담당변호사
     오 태 희

Registered No. 2025-1048

# Notarial Certificate

KIM BO JEONG--------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.

------------------------------
------------------------------

This is hereby attested on this
25th day of Apr. 2025 at this office.

**YUIL LAW & NOTARY OFFICE Inc.** 

Seoul Central District Prosecutor's Office

264, Seocho-daero,
Seocho-gu, Seoul, Korea

Signature of the Notary Public
**Oh Tae Hee**

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 7, Feb. 2025 Under Law No.20.

210mm X 297mm
보존용지(1종) 70g/㎡